**Order entered December 7, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00850-CV

## IN RE MICHAEL DWAYNE WILLIAMS, Relator

**Original Proceeding from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F85-83830-J**

## ORDER

Before Justices Osborne, Reichek, and Browning

Based on the Court's opinion of this date, we **DENY** relator's September 24, 2020 petition for writ of mandamus.

/s/    LESLIE OSBORNE
        JUSTICE